**Order entered September 19, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01193-CV

## IN RE JAY SANDON COOPER, Relator

**Original Proceeding from the County Court at Law No. 1**
**Grayson County, Texas**
**Trial Court Cause No. 2011-2-1391**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **DENY** as moot relator's request for temporary relief. We **ORDER** relator to bear the costs of this original proceeding.


/s/    ADA BROWN
       JUSTICE